ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED
08 JAN 16 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDV    DEPUTY

UNSEALED AS OF 1/16/08

ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  08 MJ 0132

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate No. _____ |
| Plaintiff, ) | |
| v. ) | **MOTION AND ORDER TO FILE COMPLAINT UNDER SEAL AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), ) aka "Lee Dog", ) MELVIN ALEXANDER (2), ) JOSE GALVAN RICO (3), ) aka "Mija", ) ELEODORO CASTILLO (4), ) aka "Onko", ) DAPHNE ROSALINDA JACKSON (5), ) aka Daphne R. Rae, ) BERNAL ANTHONY MITCHELL (6), ) aka "Tony", ) ALLEN MATTHEW BAKER Jr. (7), ) aka "J.R.", aka Tracy Reyard Diggs, ) aka Marcus Johnson, ) MICHAEL DWAYNE TRYALS (8), ) aka "Texas Mike", aka Michael Tryls,) aka Dave Brooks, aka Leon Howard ) Blair, aka Earl David Hollis, ) BOBBY SHAWN LOCKHART (9), ) aka "Blue", ) ALEXANDER WEIR IV (10), ) aka "Brick", ) ALEXANDER WEIR V (11), ) aka "Lil' Brick", ) FELIPE MEDINA (12), ) MELVIN ANDRE BIBBS (13), ) MARK EDWARD RUNNELS (14), ) aka "Marky Mark", ) ) Defendants. ) | |

1  The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and
2  ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for
3  an Order sealing the complaint in the above-captioned matter until further notice.
4  DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney