**ORIGINAL**

KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov

Attorneys for Plaintiff
United States of America



FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE VAUGHN WALKER (1),<br>　　aka "Lee Dog",<br>MELVIN ALEXANDER (2),<br>JOSE GALVAN RICO (3),<br>　　aka "Mija",<br>ELEODORO CASTILLO (4),<br>　　aka "Onko",<br>DAPHNE ROSALINDA JACKSON (5),<br>　　aka Daphne R. Rae,<br>BERNAL ANTHONY MITCHELL (6),<br>　　aka "Tony",<br>ALLEN MATTHEW BAKER Jr. (7),<br>　　aka "J.R.", aka Tracy Reyard Diggs,<br>　　aka Marcus Johnson,<br>MICHAEL DWAYNE TRYALS (8),<br>　　aka "Texas Mike", aka Michael Tryls,<br>　　aka Dave Brooks, aka Leon Howard<br>　　Blair, aka Earl David Hollis,<br>BOBBY SHAWN LOCKHART (9),<br>　　aka "Blue",<br>ALEXANDER WEIR IV (10),<br>　　aka "Brick",<br>ALEXANDER WEIR V (11),<br>　　aka "Lil' Brick",<br>FELIPE MEDINA (12),<br>MELVIN ANDRE BIBBS (13),<br>MARK EDWARD RUNNELS (14),<br>　　aka "Marky Mark",<br><br>　　　　Defendants. | Magistrate No. 08MJ0132<br><br>**MOTION TO UNSEAL COMPLAINT**<br>**AND ARREST WARRANTS**<br>**AND ORDER THEREON** |

1  COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
2  KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney,
3  and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the
4  above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery
5  to defense counsels in the near future.
6  DATED: January 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney